

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2023

No. 04-22-00863-CR

Adrian **JOCOBO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR7306
Honorable Frank J. Castro, Judge Presiding

# O R D E R

Appellant Adrian Jacobo filed a notice of appeal on December 21, 2022. The Texas Rules of Appellate Procedure require the notice of appeal to state the date of the judgment or order appealed from. TEX. R. APP. P. 25.2(c)(2). Appellant's notice of appeal does not state the judgment or order he wishes to appeal, and the record does not contain an appealable order.

As a general rule, a criminal defendant's right of appeal is limited to an appeal from a final judgment of conviction. See TEX. CODE OF CRIM. PROC. art. 44.02; *see also State v. Sellers*, 790 S.W.2d 316, 321 n.4 (Tex. Crim. App. 1990) ("A defendant's general right to appeal under [article 44.02] and its predecessors has always been limited to appeal from a 'final judgment,' though the statute does not contain this limitation on its face."); *Jack v. State*, No. 04-20-00448-CR, 2020 WL 6151587, at *1 (Tex. App.—San Antonio Oct. 21, 2020, no pet.) ("Modification of community supervision is not appealable at the time of modification. [However,] [a] defendant may appeal the judgment at the time she is placed on community supervision or an order revoking her community supervision."). Moreover, "[t]he courts of appeals do not have jurisdiction to review interlocutory orders unless that jurisdiction has been expressly granted by law." *Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014).

We, therefore, **order** appellant to show cause no later than **January 23, 2023** why this appeal should not be dismissed for lack of jurisdiction. If a supplemental clerk's record is required to show appellant has the right to appeal, appellant must request a supplemental record from the trial court clerk and file a copy of the request with this court. If appellant fails to satisfactorily respond to this order within the time provided, the appeal will be dismissed.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2023.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court